IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DePRONCE ANTWON BURNETT,

              Plaintiff,

    v.

EDWARD F. WALL, DENISE SYMDOM,
RENEE HACKBARTH, SUE DUEL,
KAREN PARENTAU and RITA HAROSKI,

              Defendants.

ORDER

15-cv-488-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se prisoner DePronce Antwon Burnett is proceeding on a claim that various prison officials were aware of a substantial risk that plaintiff's incarceration was being extended through incorrect good time calculations, but they failed to take reasonable measures to help him with his release, in violation of the Eighth Amendment. The matter before the court is plaintiff's motion to compel discovery the names of some of the officials involved in calculating his sentence. Dkt. #15.

      In their response brief, defendants say that they are "compiling an interrogatory response to [plaintiff's] motion" that will include "the names of all individuals who completed a sentence computation for plaintiff." Dkt. #17 at 2. Plaintiff had an opportunity to file a reply brief, but he declined to do so, so I construe his silence to mean that he is satisfied with defendants' response. Accordingly, I am denying his motion to

1

compel as moot. If plaintiff still believes that defendants have failed to disclose all the relevant names, he will have to file a new motion.

ORDER

IT IS ORDERED that plaintiff DePronce Antown Burnett's motion to compel, dkt. #15, is DENIED as moot.

Entered this 8th day of March, 2016.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge