IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DePRONCE ANTWON BURNETT,

          Plaintiff,

      v.

EDWARD F. WALL, DENISE SYMDOM,
RENEE HACKBARTH, SUE DUEL,
KAREN PARENTEAU, RITA HAROSKI
CORENE GIEBEL, KAYE MEISSNER.
CATRINA SEMANKO, CAROL BRIONES,
ANN WELLS, JODI SPENCER,
DEBORAH SEITZ, JOEL KAMINSKI,
JAMES EHLERT, JUSTIN NALLY
and JESSICA HINMAN,

          Defendants.

ORDER

15-cv-488-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se prisoner DePronce Antwon Burnett is proceeding on a claim that various

prison officials were aware of a substantial risk that plaintiff's incarceration was being

extended through an incorrect sentence calculation, but they failed to take reasonable

measures to help him with his release, in violation of the Eighth Amendment.  Defendants

Edward Wall and Denise Symdom have filed a motion to reconsider the April 21, 2016,

order denying their motion to dismiss.  Dkt. ## 21 and 32.  I will repeat what I stated in

the April 21 order.  If defendants Wall and Symdom believe that they were not personally

involved in an incorrect sentence calculation, they are free to raise that issue in a motion for

summary judgment.  However, it would be premature to dismiss them from the case now.

ORDER

IT IS ORDERED that the motion to reconsider filed by defendants Edward Wall and

Denise Symdon, dkt. #32, is DENIED.

Entered this 1st day of June, 2016.

BY THE COURT:
/s/

_____
BARBARA B. CRABB
District Judge