IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DePRONCE ANTWON BURNETT,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-488-bbc

v.

DEPARTMENT OF CORRECTIONS,
EDWARD F. WALL, DENISE SYMDOM,
RENEE HACKBARTH, SUE DUEL,
KAREN PARENTEAU, RITA HAROSKI
CORENE GIEBEL, KAYE MEISSNER.
CATRINA SEMANKO, CAROL BRIONES,
ANN WELLS, JODI SPENCER,
DEBORAH SEITZ, JOEL KAMINSKI,
JAMES EHLERT, JUSTIN NALLY, JESSICA
HINMAN, JENNY HERVAT, KAREN HALL,
JEREMY JORGESON and MICHELLE EGGERS,

      Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff DePronce Antwon Burnett leave to proceed and dismissing his claims against the Department of Corrections;

(2) denying plaintiff's motion for leave to amend his complaint with respect to his request add Jenny Hervat, Karen Hall, Jeremy Jorgeson and Michelle Eggers as defendants; and

(3) granting Edward Wall, Carol Briones, Sue Duel, James Ehlert, Corene Giebel, Renee Hackbarth, Rita Haroski, Jessica Hinman, Joel Kaminski, Kaye Meissner, Justin Nally, Karen Parenteau, Deborah Seitz, Catrina Semanko, Jodi Spencer, Denise Symdom and Ann Wells's motions for summary judgment and dismissing this case.

| /s/ | 11/28/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |